UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. MIRA WHITEWEAVER,<br><br>    Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA,<br><br>    Defendant. | Case No. 24-cv-00329-JSW<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 15 |

On May 10, 2024, Magistrate Judge Kandis A. Westmore issued a Report and Recommendation ("R&R") recommending dismissal of this case and to reassign the matter to a district judge. (Dkt. No. 15.) The undersigned was assigned this matter on May 13, 2024. (Dkt. No. 16.)

In the Magistrate's order, Plaintiff was ordered to show cause why the case should not be dismissed for failure to prosecute and to explain why she did not timely file an amended complaint. To date, Plaintiff has not filed the first amended complaint or a response to the order to show cause.

Accordingly, the Court ADOPTS the R&R and DISMISSES this matter without prejudice for failure to prosecute. A separate judgment shall issue and the Clerk is instructed to close this case.

**IT IS SO ORDERED.**

Dated: July 10, 2024

*[signature: Jeffrey S. White]*

JEFFREY S. WHITE
United States District Judge